UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abdellatif, D.A.,                                              No. 26-cv-2272-KMM-JFD

                    Petitioner,

                                                                      **ORDER**

        v.

Blanche, Todd, *et al.,*

                    Respondents.

Pursuant to the parties' Stipulation for Order for Release and Dismissal (Dkt. 5), IT IS HEREBY ORDERED THAT:

1. Respondents must release Petitioner from custody as soon as it is safe and practicable to do so, but in no event more than 24 hours after entry of this order;

2. Respondents may condition Petitioner's release upon Petitioner's referral to the Intensive Supervision Appearance Program (ISAP);

3. Respondents must return all property and documents to Petitioner, and the parties are directed to communicate and cooperate regarding the return of Petitioner's property; and

4. This case is dismissed, without prejudice and without an award of costs or fees to either side.

LET JUDGMENT BE ENTERED ACCORDINGLY

Date: April 23, 2026                          *s/ Katherine M. Menendez*
                                                      Katherine M. Menendez
                                                      United States District Judge